■ In the Matter of JOSE CASTILLO, Appellant, v THOMAS A. COUGHLIN III et al., Respondents. [598 NYS2d 961] —Appeal by the petitioner from a judgment of the Supreme Court, Dutchess County (Bernhard, J.), dated May 10, 1989, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.